# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Donald A Gardner Inc, ) | |
| ) | 4:18-cv-00079-RBH |
| Plaintiff(s), ) | |
| ) | |
| vs ) | |
| ) | |
| Qwest Home Design Inc; Brad Odom, ) | |
| ) | |
| ) | |
| Defendant(s). ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that  *(check one)*:

✔ the plaintiff <u>Donald A. Gardner Inc</u>. recover from the defendants <u>Qwest Home Design Inc. and Brad Odom</u> the amount of <u>Fifteen Thousand and 00/100</u> dollars <u>($15,000.00).</u>

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

❒ other:

This action was  *(check one)*:

❒ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❒ tried by a jury with Judge_____without a jury and the above decision was reached. rendered a verdict.

✔ decided by the Honorable R. Bryan Harwell, United States District Judge.

CLERK OF COURT, Robin L. Blume

By: s/Leah Suttles

September 21, 2018                                                Deputy Clerk